NORMAN RUBIN, an Infant, by His Guardian ad Litem, SALLY RUBIN, Appellant, v. MIDWOOD TRUST COMPANY, Respondent.— In an action by an infant to recover money alleged to have been paid by the infant to defendant pursuant to a certain agreement, and which the infant is alleged to have disaffirmed during his infancy, judgment dismissing the complaint after trial without a jury unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

TILLIE SAFIR, Respondent, v. ABRAHAM SAFIR, Appellant.— Order adjudging defendant in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

TRUST COMPANY OF NORTH AMERICA, Appellant, v. A. HAMMER COOPERAGE CORPORATION, Respondent.— Action in equity against defendant in its alleged fiduciary capacity as trustee under certain written agreements and trust receipts. Judgment dismissing complaint without prejudice to an action at law. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Scudder, Tompkins and Johnston, JJ.; Lazansky, P. J., not voting.